| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, COLORADO<br>Court address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | |
| **Plaintiff:** STACEY MAGUB<br><br>v.<br><br>**Defendant:** SAFECO INSURANCE COMPANY OF AMERICA | |
| Attorney for Plaintiff:<br>Thomas A. Bulger, Reg. #29390<br>Silvern & Bulger, P.C.<br>363 South Harlan Street, Suite 205<br>Lakewood, Colorado 80226<br>Phone Number: 303-292-0044<br>Fax Number: 303-292-1466<br>e-mail: counsel@silvernbulger.com | Case No.:<br><br>Div.: |
| **COMPLAINT AND JURY TRIAL DEMAND** | |

COMES NOW the Plaintiff, Stacey Magub, by and through her undersigned counsel, Thomas A. Bulger, of Silvern & Bulger, P.C., and respectfully submits her Complaint and Jury Trial Demand and respectfully states as follows:

## PARTIES

1. Plaintiff, Stacey Magub, is a natural person and citizen of the State of Colorado, whose address is 11401 East 116th Avenue, Henderson, Colorado 80640.

2. Defendant, Safeco Insurance Company of America, is a foreign corporation doing business in the State of Colorado. Defendant's registered agent for service is the Corporation Service Company, 1900 West Littleton Boulevard, Littleton, Colorado 80120.

## JURISDICTION AND VENUE

3.       Pursuant to the C.R.C.P. and/or other applicable case law, this Court has jurisdiction over Plaintiff's claims for breach of contract which arise out of a motor vehicle collision between Plaintiff and an underinsured driver that occurred in Commerce City, Colorado, and the Defendant's subsequent handling of that underinsured motorist claim.

4.       Pursuant to C.R.C.P. 98, venue is proper in this Court because the registered agent for Defendant is located in Arapahoe County, Colorado.

## STATEMENT OF THE FACTS

5.       On or about August 4, 2021, at approximately 5:28 a.m., Plaintiff was driving on Highway 85 in the middle lane, at or near the interchange with 60th Avenue, in Commerce City, Colorado.

6.       Plaintiff was injured when her vehicle was struck by an underinsured driver by the name of Melisa Garcia. The underlying liability claim was resolved for the driver's full policy limit, and this individual is not a party to this claim.

7.       At all pertinent times herein, Plaintiff was covered by a policy of insurance issues by Defendant, including coverage for uninsured/underinsured motorist ("UIM") benefits, through a policy that was in full force and effect on August 4, 2021.

8.       Plaintiff subsequently made a claim with Defendant for UIM benefits pursuant to the above-referenced policy.

9.       Plaintiff has complied with all provisions under the policy to receive UIM benefits.

10.      Defendant has paid a portion of the UIM benefits available, but has failed and refused to tender the remaining UIM benefits necessary to fully compensate Plaintiff for her injuries, damages and losses.

11.      Plaintiff has suffered injuries and damages as a result of Defendant's conduct, as set forth herein, including loss of use of benefits.

12. Plaintiff has also suffered damages as a result of Defendant's unreasonable delay.

## FIRST CLAIM FOR RELIEF:
## BREACH OF CONTRACT-UNDERINSURED MOTORIST BENEFITS

13. Plaintiff incorporates and realleges by reference the previous paragraphs of this Complaint.

14. At all pertinent times, the vehicle Plaintiff was driving was insured by Defendant including for UIM benefits.

15. Plaintiff timely made a claim to Defendant for said benefits.

16. Defendant has failed to tender reasonable UIM benefits.

17. Defendant has therefore breached the contract with Plaintiff.

18. Plaintiff has been injured and damaged as a result.

## SECOND CLAIM FOR RELIEF:
## UNREASONABLE DENIAL OF BENEFITS/BAD FAITH

19. Plaintiff incorporates and realleges by reference the previous paragraphs of this Complaint.

20. Defendant's denial and/or delay of UIM benefits is without reasonable basis in fact or law, and Defendant has acted with knowledge of same and/or in reckless disregard of that fact and/or has otherwise acted in bad faith.

21. This includes, but is not limited to, that Defendant has not fairly and reasonably evaluated the full nature and extent of Plaintiff's injuries, damages and losses.

22. Plaintiff has been injured and damaged as a result.

## THIRD CLAIM FOR RELIEF:
## STATUTORY DAMAGES PURSUANT TO C.R.S. §10-3-115 AND 116

23. Plaintiff incorporates and realleges by reference the previous paragraphs of this Complaint.

24. Defendant's denial and/or delay in payment of UIM benefits is unreasonable and therefore violates the provisions of C.R.S. §10-3-115 and 116.

25. Plaintiff therefore seeks twice the covered benefit, as well as all other relief authorized by law including interest, attorney fees and costs.

## DAMAGES

26. The Defendant's above-alleged wrongful conduct caused the injuries and damages to the Plaintiff, including but not limited to: Past and future economic damages, including but not limited to: Underinsured motorist benefits providing compensation for bodily injury of a lasting nature; lost earnings; medical expenses; pain and suffering; inconvenience; emotional stress; anxiety; loss of enjoyment of life; impairment of the quality of life; and any and all other consequential losses arising from Defendant's wrongful conduct as provided by law. This includes loss of use of monies to which Plaintiff is entitled, and for delay.

## LEAVE TO AMEND

27. Plaintiff respectfully requests leave to amend her Complaint to add or delete any claims or parties after discovery reveals the facts regarding same, including but not limited to a claim for exemplary damages.

WHEREFORE, Plaintiff respectfully requests damages against the Defendant, individually, jointly, and/or severally as follows:

A. Compensatory damages as proven, including underinsured motorist benefits.

B. Cost of suit according to law, including but not limited to expert witness fees.

C. Attorney fees according to law for attorney time expended as a result of any frivolous position which may be taken by Defendant, or on their behalf, during the course of this litigation, including but not limited to groundlessly denying negligence, or asserting any substantially groundless affirmative defense.

D. Interest pursuant to C.R.S. §13-21-101 and/or other provision of law.

E. Statutory damages in the amount of three times any unpaid benefits unreasonably withheld by Defendant, as well as statutory interest, attorney's fees and costs, pursuant to C.R.S. §10-3-115 and 116.

F. Such other and further relief as the Court deems fit.

### JURY DEMAND

Plaintiff respectfully demands TRIAL BY A JURY OF SIX (6) in the above cause, on all issues so triable.

Respectfully submitted this 28th day of December, 2022.

        SILVERN & BULGER, P.C.

        *s/Thomas A. Bulger*
        Thomas A. Bulger
        Attorney for Plaintiff

<u>Plaintiff's address:</u>
11401 East 116th Avenue
Henderson, Colorado 80640

5

**From:** paracorp@myparacorp.com
**Subject:** Rocket Lawyer Entity List Update (Setup/Close)
**Date:** December 29, 2022 at 11:17 AM
**To:** duoprocessing@icloud.com

Dear Duo Processing LLC (Paracorp):

As applicable, please setup or close your record(s) for the entity(ies) listed below. Rocket Lawyer has either been appointed or removed as the registered agent for these entities.

| | Entity Name | Status | Entity Number | State | Representation Start Date | Renewal Month | Reason for Closing Record |
|---|---|---|---|---|---|---|---|
| 1) | CrowToes LLC | Open | 20228236151 | CO | 12/22/2022 | December | |
| 2) | The Cantelope Ranch LLC | Closed | 20211751565 | CO | 08/18/2021 | August | ENTITY CHANGED AWAY 7.26.22 |

If you have any questions, please contact Paracorp at (888) 272-3725.

Thank you,

Paracorp Incorporated

**ParaCorp Group**

Follow us on



# AFFIDAVIT OF PROCESS SERVER

Job # 2511

**Client Info:**
A-1 Collection Agency, LLC
PO Box 1929
Grand Junction, CO 81502

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | GARFIELD ASSOCIATE COURT |
| A-1 COLLECTION AGENCY, LLC | County of Garfield, Colorado |
| -versus- | |
| **DEFENDANT:** | Issuance Date: 12/26/2022  Court Case # **2020C030500** |
| EDITH TAPIA | |

**Service Info:**

**Date Received:** 12/14/2022 at **06:17 PM**
**Service:** I Served **NATIONAL BANK HOLDINGS CORPORATION**
With: **WRIT OF CONTINUING GARNISHMENT**
by leaving with **ERIC MONDRAGON, AUTHORIZED TO ACCEPT**

**At Business 7800 E ORCHARD RD SUITE 300 GREENWOOD VILLAGE, CO 80111**
Latitude: **39.608887**,   Longitude: **-104.898318**

On **12/29/2022** at **11:21 AM**
**Manner of Service: CORPORATE**
Corporate Service was performed by delivering a true copy to designated person to accept.

**Served Description: (Approx)**

Age:____, Sex:_____, Race:_____, Height:__' __", Weight:____, Hair:_____ Glasses:____

I **SHERRY GUTIERREZ**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above, action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**SHERRY GUTIERREZ**

**Duo Processing LLC**
95 N Emerson Street #601
Denver, CO 80218
Phone: (720) 484-6141

Our Job # **2511**   Client Ref # **420775 TAPIA E**

SUBSCRIBED AND SWORN to before me this _____ day of _____, _____, by **SHERRY GUTIERREZ**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for DENVER County in the state of COLORADO




1 of 1