IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:23-cv-00176-NYW-SKC

STACEY MAGUB

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA

    Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER coming on to be heard upon the Stipulation for Dismissal with Prejudice of the plaintiff, Stacey Magub, and the defendant, Safeco Insurance Company of America, and the Court having examined said Stipulation,

FINDS that the Stipulation is proper and should be approved.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all matters concerning Stacey Magub in the within action against Safeco Insurance Company of America be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorney fees.

1

DONE AND SIGNED this _____ day of _____, 2023.

BY THE COURT:

_____

United States District Court Judge

2